UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

OTIS LEE DEW,

                Defendant.

Case No. CR24-91 KKE

DETENTION ORDER

Defendant Otis Lee Dew is charged with possession with intent to distribute controlled substances, 21 U.S.C. § 841(a)(1). Mr. Dew previously stipulated to detention. (Dkt. ## 4, 7, 11.) The Honorable John C. Coughenour granted Mr. Dew's motion to reopen his detention hearing and referred the hearing to the undersigned. (Dkt. # 15.) The undersigned held a detention hearing on May 30, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community pursuant to 18 U.S.C. § 3142(e).

DETENTION ORDER - 1

2. Taken as a whole, the record does rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Dew as required and the safety of the community. Mr. Dew is a long-time resident of Puyallup, Washington, has strong family and community ties, and has a viable release plan.

3. Mr. Dew does not pose a flight risk given his strong family and community ties.

4. Mr. Dew poses a risk of danger to the community due to the nature of the instant offense alleging distribution of large quantities of fentanyl and other controlled substances as well as the presence of seven loaded firearms at the time the search warrant on Mr. Dew's residence was executed. Of greater concern regarding dangerousness is that Mr. Dew's infant child was present with Mr. Dew at the time the search warrant was executed and was exposed, or in close proximity, to the fentanyl and loaded firearms.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Dew is not a danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Dew shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Dew shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Dew is confined shall deliver Mr. Dew to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Dew, to the United States Marshal, and to the United States Pretrial Services Officer.

//

Dated this 30th day of May, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3