UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR24-0091-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| OTIS LEE DEW, | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Non-Party Claimant Kristie Guy has filed a claim to the property identified in the preliminary order of forfeiture. *See* Dkt. Nos. 37, 48. Consistent with Federal Rule of Criminal Procedure 32.2(c), the Court schedules an ancillary hearing to litigate the claim of Non-Party Claimant Kristie Guy on October 7, 2025, at 10 a.m.

All discovery shall be completed by July 3, 2025. Dispositive motions shall be filed no later than August 8, 2025.

MINUTE ORDER - 1

The Clerk is ordered to provide copies of this order to all counsel and to Non-Party Claimant Kristie Guy.

Dated this 30th day of April, 2025.

Ravi Subramanian
Clerk

/s/ Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2