|   |   |
|---|---|
|   | The Hon. Kymberly K. Evanson |

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>OTIS LEE DEW,<br><br>    Defendant,<br><br>and<br><br>KRISTIE GUY,<br><br>    Third-Party Claimant. | NO. CR24-0091-KKE<br><br>**ORDER GRANTING REQUEST FOR COPY OF EXHIBITS FILED IN SUPPORT OF THIRD-PARTY CLAIM AND ORDER TO FILE REDACTED VERSION OF THE EXHIBITS** |

  THIS MATTER comes before the Court on the United States' Motion Requesting Copy of Exhibits Filed in Support of Third-Party Claim. Dkt. No. 51. The Government notified Third-Party Claimant Kristie Guy of this motion, and no opposition was filed. *See* Dkt. No. 51 at 3.

  The Court, having reviewed the Government's motion, as well as the remainder of the record, and good cause having been shown, hereby GRANTS the motion (Dkt. No. 51). It is hereby ORDERED that the Clerk's Office shall provide a copy of the exhibits

filed under seal along with Third-Party Claimant Kristie Guy's claim (Dkt. No. 49) to the Government.

The Court further ORDERS Third-Party Claimant Kristie Guy to file a redacted version of the sealed exhibits (Dkt. No. 49) on the docket no later than May 30, 2025.

DATED this 14th day of May, 2025.

Kymberly K. Evanson
United States District Judge